UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- STATUS CONFERENCE/MOTIONS

Case No.   **SA CR 04-66-JFW**                                         Dated: July 30, 2007

===============================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Victoria Valine | Kenneth B. Julian |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

Interpreter: None

===============================================================
U.S.A. vs (Dfts listed below)                 Attorneys for Defendants

1)   MIGUEL SARABIA                          1)   Alan Rubin
     not present  - in custody                    present   retained

_____

PROCEEDINGS:   **GOVERNMENT'S MOTION REGARDING DEFENDANT MIGUEL SARABIA [fld 7/6/07]**

Case called, and counsel make their appearance.

For reasons stated on the record, the Court GRANTS the Government's Motion. Counsel for Government shall submit a proposed Order or Amended Judgment of Conviction.


cc: USPO

8 min

Initials of Deputy Clerk   sr